# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Anthony Sharpe,

                              Plaintiff,        Case No. 20-cv-13172

v.                                       Judith E. Levy
                                         United States District Judge

City of Southfield, *et al.*,

                              Mag. Judge David R. Grand

                        Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO LIFT THE STAY OF PROCEEDINGS [38]

Before the Court is a motion to lift the stay of proceedings filed by Defendants the City of Southfield, the Southfield Police Department, William Pieroni, Christopher Don, Steven Hendricks, and Joseph Martinez. (ECF No. 38.) Plaintiff Anthony Sharpe has not responded to the motion, and the time for him to do so has expired. *See* E.D. Mich. LR 7.1(e).

The parties previously stipulated to a stay because Hendricks was "called into active duty." (ECF No. 37, PageID.277.) The parties agreed that the stay would remain in place "until Officer Hendricks has returned

from his tour of duty." (*Id.*) Defendants now indicate in their motion to lift the stay of proceedings that their attorney "has confirmed that officer Hendricks has returned from the military and is actively employed with the City of Southfield police department." (ECF No. 38, PageID.284.) Defendants therefore "believe a stay of proceedings should be lifted and a revised scheduling order be issued for the completion of discovery, a motion cut off date, and possible trial." (*Id.*)

The Court has reviewed Defendants' motion and finds it appropriate to lift the stay at this time. Accordingly, Defendants' motion to lift the stay of proceedings (ECF No. 38) is GRANTED. The parties must meet and confer to discuss how much additional time they need for discovery. By **October 26, 2022**, the parties must submit a proposed amended scheduling order that contains possible dates that will govern the case moving forward.

IT IS SO ORDERED.

Dated: October 12, 2022
     Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## <u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 12, 2022.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager