UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Anthony Sharpe,                                Case No. 20-cv-13172

           Plaintiff,

v.                                             Hon. Judith E. Levy
                                                United States District Judge

City of Southfield, *et al.*,

                                                Mag. Judge David R. Grand

           Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO SHOW CAUSE [47]

Before the Court is a motion for an order to show cause filed by Defendants William Pieroni, Christopher Don, Steven Hendricks, and Joseph Martinez. (ECF No. 47.) The motion seeks, among other forms of relief, an order requiring Lamont Sharpe Sr. and Lamont Sharpe Jr. to show cause why they have not appeared for their depositions even though they have been subpoenaed to do so. On March 29, 2023, the Court held a hearing on the motion by video conference. Neither Lamont Sharpe Sr. nor Lamont Sharpe Jr. appeared at the hearing, and the Court has received no filings regarding Defendants' motion submitted by these individuals or on their behalf. Prior to the hearing, the Court mailed a copy of the hearing notice to Lamont Sharpe Sr. and Lamont Sharpe Jr. The notice was not returned to the Court as undeliverable.

Defendants' motion is GRANTED to the extent Defendants seek an order requiring Lamont Sharpe Sr. and Lamont Sharpe Jr. to show cause. Therefore, on April 20, 2023 at 3:30 p.m., Lamont Sharpe Sr. and Lamont Sharpe Jr. must appear in person before this Court (located at the Federal Building, 200 East Liberty Street, Courtroom 100, Ann Arbor MI 48014) to show cause why they should not be held in contempt of Court for failing to appear for their depositions.

IT IS SO ORDERED.

Date: April 4, 2023  
     Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 4, 2023.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager